

175 Pearl Street
Suite C-402
Brooklyn, New York 11201
646.341.6544
tbarbetta@constangy.com

June 16, 2023

**VIA ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
New York, NY 11201

    Re:    <u>Torres v. Maman Group New York Corp. et al</u>
              <u>Case No. 1:22-cv-05029-LDH-RML</u>

The Honorable LaShann DeArcy Hall:

    Our firm represents Defendants Maman Group New York Corp. and Maman Tribeca LLC ("Defendants"). We write jointly and with the consent of Jason Mizrahi, counsel for Plaintiff Alejandro Torres ("Plaintiff"), to request an extension of the discovery deadline.

    The parties are working toward resolution of this matter and are participating in the Court's mediation program on June 27, 2023. The mediation was initially scheduled for April 25, 2023, but was adjourned due to a scheduling conflict. Additionally, the undersigned was out of the office for the month of May for his wedding and honeymoon. Given the foregoing, the parties need additional time to complete discovery in the event that mediation is unsuccessful. The current discovery end date is June 16, 2023. Accordingly, the parties respectfully request an extension of the deadline to complete fact discovery (including depositions) to September 14, 2023 and the deadline to file contemplated dispositive motions to October 14, 2023. This is the parties' first request for an extension of the discovery deadline.

Alabama   California   Colorado   Florida   Georgia   Massachusetts   Minnesota   Missouri
New Jersey   New York   North Carolina   South Carolina   Tennessee   Texas   Virginia

9703228v1

The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
June 16, 2023  
Page 2

Constangy, Brooks, Smith & Prophete, LLP

Thank you for Your Honor's consideration to this request.

Respectfully and jointly submitted,

*/s/ Jason Mizrahi*  
Jason Mizrahi  
Levin-Epstein & Associates, P.C.  
60 East 42nd Street, Suite 4700  
New York, New York 10165  
Phone: 212.792.0048  
Email: jason@levinepstein.com  
**Counsel for Plaintiff**

*/s/ Anjanette Cabrera*  
Anjanette Cabrera  
Timothy Barbetta  
Constangy, Brooks, Smith & Prophete  
175 Pearl Street  
Suite C-402  
Brooklyn, New York 11201  
Phone: 646.341.6544  
Email: acabrera@constangy.com  
Email: tbarbetta@constangy.com  
**Counsel for Defendant**

9703228v1